IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT GEORGE JOHNSON,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

ORDER

Case No. 25-cv-1006-jdp

---

Petitioner Robert George Johnson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 30, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 8, 2025 through the date of the petition, December 8, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Robert George Johnson may have until December 30, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 30, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 9th day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge